UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANGELA WAHAB, *on behalf of herself and all others similarly situated,*

                         Plaintiff,

    -against-                                  24 Civ. No. 1558 (DEH) (GS)

VM E-COMMERCE, INC.,                          **STATUS CONFERENCE ORDER**

                        Defendant.

-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a telephone Status Conference call for **Tuesday, August 20, 2024 at 11:00 a.m.**  Counsel is directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 276 574 245#.**

      Counsel are further directed to submit a joint status letter no later than **July 1, 2024** informing the court on the status of discovery.

      **SO ORDERED.**

DATED:    New York, New York
               May 15, 2024

                                                         _____
                                                         The Honorable Gary Stein
                                                         United States Magistrate Judge